FILED

August 30, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )
                                       )        Case No. CR S-06-0335 LKK
            Plaintiff,                 )
                                       )
v.                                     )        ORDER FOR RELEASE OF
                                       )        PERSON IN CUSTODY
MICHAEL ALLEN SHORE ,                  )
                                       )
            Defendant.                 )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL ALLEN SHORE  , Case No.  CR

S-06-0335 LKK  , Charge  Title 18 USC § 2252  , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

__    Release on Personal Recognizance

X     Bail Posted in the Sum of $  50,000 00

X     Unsecured Appearance Bond

__    Appearance Bond with 10% Deposit

__    Appearance Bond with Surety

__    Corporate Surety Bail Bond

X     (Other)  With Pretrial Services Supervision

      and conditions.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 30, 2006  at  2:20              pm  .

By  _Dale A. Drozd_
    Dale A. Drozd
    United States Magistrate Judge

Original - U.S. Marshal