```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MICHAEL ALLEN SHORE
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,      )  No. CR-S-06-335 LKK
                                   )
13              Plaintiff,         )
                                   )  ORDER AFTER HEARING
14       v.                        )
                                   )
15  MICHAEL ALLEN SHORE,           )
                                   )
16                                 )  Judge: Hon. Lawrence K. Karlton
                Defendant.         )
17                                 )
    _____
18
19       This matter came before the Court for a Status Conference on
20  September 12, 2006, in the courtroom of the Honorable Lawrence K.
21  Karlton, U.S. District Court Judge.  The government was represented by
22  its counsel, Assistant United States Attorney Kymberly Smith.
23  Defendant Michael Allen Shore was present, represented by his counsel,
24  Chief Assistant Federal Defender Linda Harter.
25       Defense counsel requested that the matter be set for a status
26  conference on October 11, 2006 at 9:30 a.m.
27       The parties agreed on the need for additional time to allow time
28  defense preparation.
```

1    IT IS ORDERED that this matter be continued to October 11, 2006 at
2 9:30 a.m. for a Status Conference.
3    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
4 (iv), the period from September 12, 2006 to and including October 11,
5 2006 is excluded from the time computations required by the Speedy
6 Trial Act due to ongoing preparation of counsel.
7 DATED: September 14, 2006

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT