```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MICHAEL ALLEN SHORE
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      ) No. CR-S-06-335 LKK
                                   )
13                Plaintiff,       )
                                   ) ORDER AFTER HEARING
14      v.                         )
                                   )
15  MICHAEL ALLEN SHORE,           )
                                   )
16                                 ) Judge: Hon. Lawrence K. Karlton
                  Defendant.       )
17  _____ )

18
```

19      This matter came before the Court for a Status Conference on

20  October 11, 2006, in the courtroom of the Honorable Lawrence K.

21  Karlton, U.S. District Court Judge.  The government was represented by

22  its counsel, Assistant United States Attorney Carolyn Delaney,

23  appearing on behalf of Kymberly Smith.  Defendant Michael Allen Shore

24  was present, represented by his counsel, Chief Assistant Federal

25  Defender Linda Harter.

26      Defense counsel requested that the matter be set for a status

27  conference on October 31, 2006 at 9:30 a.m.

28      The parties agreed on the need for additional time to allow time

defense preparation.

IT IS ORDERED that this matter be continued to October 31, 2006 at 9:30 a.m. for a Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), the period from October 11, 2006 to and including October 31, 2006 is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: October 13, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT