1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICHAEL ALLEN SHORE
6

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      ) No. CR-S-06-335 LKK
                                   )
13                 Plaintiff,      )
                                   ) ORDER AFTER HEARING
14       v.                        )
                                   )
15  MICHAEL ALLEN SHORE,           )
                                   )
16                                 ) Judge: Hon. Lawrence K. Karlton
                   Defendant.      )
17  _____   )

18

19       This matter came before the Court for a Status Conference on

20  November 28, 2006, in the courtroom of the Honorable Lawrence K.

21  Karlton, U.S. District Court Judge.  The government was represented by

22  its counsel, Assistant United States Attorney Mary Grad.  Defendant

23  Michael Allen Shore was not present, having filed a waiver of

24  appearance, and was represented by his counsel, Chief Assistant Federal

25  Defender Linda Harter.

26       Defense counsel requested that the matter be set for a status

27  conference on January 9, 2007 at 9:30 a.m.

28       The parties agreed on the need for additional time to allow time

for defense preparation.

IT IS ORDERED that this matter be continued to January 9, 2007 at 9:30 a.m. for a Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), the period from November 28, 2006 to and including January 9, 2007 is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: December 1, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT