1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar #179741
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   MICHAEL ALLEN SHORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-335 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | AND EXCLUDING TIME |
| MICHAEL ALLEN SHORE, | ) | |
| | ) | DATE: February 6, 2007 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Lawrence K. Karlton |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Executive Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of January 9, 2007 be vacated, and a new Status Conference date of February 6, 2007 at 9:30 a.m. be set.

    This continuance is requested because defense counsel is out of the office on medical leave due to a recent skiing accident.

    It is further stipulated and agreed between the parties that the period beginning January 9, 2007 through and including February 6, 2007

should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: January 5, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MICHAEL ALLEN SHORE

Dated: January 5, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Carolyn Delaney
CAROLYN DELANEY
Executive Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: January 5, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation & Order