```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MICHAEL ALLEN SHORE
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    ) No. CR-S-06-335 LKK
                                 )
13              Plaintiff,       )
                                 ) ORDER AFTER HEARING
14      v.                       )
                                 )
15  MICHAEL ALLEN SHORE,         )
                                 )
16                               ) Judge: Hon. Lawrence K. Karlton
                Defendant.       )
17                               )
    _____
18
```

19      This matter came before the Court for a Status Conference on
20  February 6, 2007, in the courtroom of the Honorable Lawrence K.
21  Karlton, U.S. District Court Judge.  The government was represented by
22  its counsel, Executive Assistant United States Attorney Carolyn
23  Delaney.  Defendant Michael Allen Shore was not present, having filed a
24  waiver of appearance, and was represented by his counsel, Chief
25  Assistant Federal Defender Linda Harter.
26      Defense counsel requested that the matter be set for a status
27  conference on April 17, 2007 at 9:30 a.m.
28      It was further requested that the matter be referred to Probation

for the preparation of a pre-plea presentence investigation report.

The parties agreed on the need for additional time to allow time for defense preparation.

IT IS ORDERED that this matter be continued to April 17, 2007 at 9:30 a.m. for a Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), the period from February 6, 2007 to and including April 17, 2007 is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: February 7, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT