```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    MICHAEL ALLEN SHORE
 6

 7
```

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. CR-S-06-335 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | AND EXCLUDING TIME |
| MICHAEL ALLEN SHORE, | ) | |
| | ) | DATE: May 15, 2007 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Lawrence K. Karlton |
| _____ | ) | |


    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Executive Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of April 17, 2007 be vacated, and a new Status Conference date of May 15, 2007 at 9:30 a.m. be set.

    This continuance is requested to allow probation additional time to conduct an interview with Mr. Shore for preparation of the requested PrePlea Presentence Investigation Report for the parties' review and consideration.

    It is further stipulated and agreed between the parties that the

period beginning April 17, 2007 through and including May 15, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: April 12, 2007  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MICHAEL ALLEN SHORE

Dated: April 12, 2007

MCGREGOR W. SCOTT
United States Attorney


/s/ Carolyn Delaney
CAROLYN DELANEY
Executive Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: April 16, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation & Order