```
DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL ALLEN SHORE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-335 LKK |
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| MICHAEL ALLEN SHORE, | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

    This matter came before the Court for Status Conference on May 22, 2007, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Executive Assistant United States Attorney Carolyn Delaney. Defendant Michael Allen Shore was not present, having filed a waiver of appearance, and was represented by his counsel, Chief Assistant Federal Defender Linda Harter.

    Defense counsel requested that the matter be set for a change of plea on June 5, 2007 at 9:30 a.m.

    The parties agreed on the need for additional time to allow time

for defense preparation.

IT IS ORDERED that this matter be continued to June 5, 2007 at 9:30 a.m. for Change of Plea.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), the period from May 22, 2007 to and including June 5, 2007 is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: May 23, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT