1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2798

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )   CR No. S-06-335-LKK
   |                              )
12 |         Plaintiff,           )   FINAL ORDER OF FORFEITURE
   |                              )
13 |     v.                       )
   |                              )
14 | MICHAEL ALLEN SHORE,          )
   |                              )
15 |         Defendant.           )
   | _____)
16

17     WHEREAS, on June 14, 2007, this Court entered a Preliminary

18 Order of Forfeiture pursuant to the provisions of 18 U.S.C.

19 § 2253 based upon the plea agreement entered into between

20 plaintiff and defendant Michael Allen Shore forfeiting to the

21 United States the following property:

22         a)   a generic mid-tower personal computer with
                two hard drives seized on or about April 13,
23              2004, from 5317 Manzanita Avenue, Sacramento,
                California.
24

25     AND WHEREAS, on June 25, July 2 and 9, 2007, the United

26 States published notice of the Court's Preliminary Order of

27 Forfeiture in The Daily Recorder (Sacramento County), a newspaper

28 of general circulation located in the county in which the subject

property was seized.  Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Michael Allen Shore.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 25th day of September, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT