Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA



FILED
MAR 0 8 2010
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

**Offender Name:** Michael Allen SHORE

**Docket Number:** 2:06CR00335-01

**Offender Address:** Sacramento, California

**Judicial Officer:** Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

**Original Sentence Date:** 08/28/2007

**Original Offense:** 18 USC 2252(a)(4)(B) - Knowing Possession of One or More Matters Containing Depictions Involving the Sexual Exploitation of Minors (CLASS C FELONY)

**Original Sentence:** 5 years Probation; $100 special assessment; No firearms; Submit to DNA testing

**Special Conditions:** Warrantless search by any law enforcement with reasonable suspicion of violation conduct; Mental health treatment; Not use or possess computer with internet access; No contact with minors unless approved in advance by USPO; No loitering, working, or volunteering in/at public places where children congregate; Computer monitoring and inspection; Not possess, own, use, view, read or frequent places where children depicted in sexually explicit manner; Access to telephone records; Third party disclosure to employer regarding computer restrictions; Participate in sex offender counseling and therapy, including risk assessment, polygraph, CVSA and ABEL; Participate in home detention with electronic monitoring for 90 days (completed); Treatment services co-payment; Sex offender registration; No contact with Daniel Skaggs without prior approval of probation officer.

**RE: Michael Allen SHORE**
**Docket Number: 2)06CR00335-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

| | |
|---|---|
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 08/28/2007 |
| **Assistant U.S. Attorney:** | Carolyn Delaney    **Telephone:** 916-554-2700 |
| **Defense Attorney:** | Linda C. Harter    **Telephone:** 916-498-5700
Chief Assistant Federal Defender |

**Other Court Action:**

**12/18/2008:** Probation Form 12B - Modification of conditions to include the following special condition: The defendant shall not possess, own, use, view, read, or frequent places with material depicting and/or describing sexually explicit conduct, including computer images, pictures, photographs, books, writings, drawings, videos, or video games. "Sexually explicit conduct" is defined at 18 USC 2256(2) and means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or(e) lascivious exhibition of the genitals or pubic area of any person.

RE: Michael Allen SHORE
Docket Number: 2)06CR00335-01
**PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

3.  The probationer shall not possess or use a computer or any device that has access to any "on-line computer service" *unless approved by the probation officer*. This includes any Internet service provider, bulletin board system, or any other public or private computer network.

**Justification:** This petition recommends that Special Condition Number 3 be modified to allow the probation officer to use discretion regarding the probationer's access and use of the internet.

Mr. Shore has completed approximately half of his 5 year term of Probation. He actively participates in his counseling and successfully completed the Sex Offender Accountability Program. He has submitted to two polygraph tests, and has self disclosed risky thoughts and behaviors. At this point in his supervision, the probation officer believes it is appropriate to allow Mr. Shore limited access to the internet. The probation office will monitor his internet activities with appropriate internet security tools. Furthermore, Mr. Shore will be limited to a desktop computer that is hard-wired to the internet with no wireless capabilities in the home, and he will not be allow to use a laptop computer of any kind. The attorneys in this case have been notified and are not opposed to this modification. The probationer is in agreement with this modification and has signed the waiver, which is on file.

Rev. 05/2008
VIOLATION_PETITION (PROB12B)
(MODIFICATION).MRG

**RE:** Michael Allen SHORE
Docket Number: 2)06CR00335-01
<u>PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**Senior United States Probation Officer**
Telephone: 916-786-2989

**DATED:** March 5, 2010
Roseville, California
DDW:cd

**REVIEWED BY:**  /s/ Terence E. Sherbondy
**TERENCE E. SHERBONDY**
**Supervising United States Probation Officer**

---

### THE COURT ORDERS:

(✓) Modification approved as recommended.

( ) Modification not approved at this time. Probation Officer to contact Court.

( ) Other:

3/8/10
**Date**

Signature of Judicial Officer

cc: United States Probation
Carolyn Delaney, Assistant United States Attorney
Linda C. Harter, Chief Assistant Federal Defender
Defendant
Court File